**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Travis Antonio MARSHALL,

                    Petitioner,

            -against-

PAUL ARTETA, Warden, Orange County
Correctional Facility; WILLIAM JOYCE, Acting
Field Office Director, New York Field Office,
U.S. Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director, U.S.
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security; and TODD
BLANCHE, Acting Attorney General of the
United States,

                  Respondents.
-------------------------------------------------------------X

26 **CIVIL** 4110 (MKV)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated June 15, 2026, the Petition is DISMISSED without prejudice.

Petitioner must pursue a bond hearing in immigration court before he makes constitutional

claims in a petition for a writ of habeas corpus. He may file a renewed petition if the

Government fails to make good on its offer of a constitutionally adequate bond hearing.

**DATED:**  New York, New York
          June 16, 2026

                              **TAMMI M. HELLWIG**

                              _____

                                  **Clerk of Court**

               **BY:**       _____
                                   **Deputy Clerk**